TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd, #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Elizabeth Ashley Davis a.k.a Elisabeth A. Davis*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Elizabeth Ashley Davis a.k.a Elisabeth A. Davis, <br><br> Plaintiff, <br><br> vs. <br><br> Trans Union, LLC; and American Honda Finance Corporation, <br><br> Defendant. | Case No.: <br><br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMAND** |

NOW COMES THE PLAINTIFF, ELIZABETH ASHLEY DAVIS A.K.A. ELISABETH A. DAVIS, BY AND THROUGH COUNSEL, TRINETTE G. KENT,

1

and for her Complaint against the Defendants, Trans Union, LLC and American Honda Finance Corporation, pleads as follows:

## JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit Reporting Act (15 U.S.C. §1681, *et seq.* [hereinafter "FCRA"]).

## VENUE

3. The transactions and occurrences which give rise to this action occurred in the city and county of Orange, California.

4. Venue is proper in the Central District of California.

## PARTIES

5. Plaintiff is a natural person residing in the city and county of Orange, State of California.

6. The Defendants to this lawsuit are:

    a. Trans Union, LLC ("Trans Union") is a foreign limited liability company that conducts business in the State of California; and

    b. American Honda Finance Corporation ("American Honda") is a domestic corporation that conducts business in the State of California.

## GENERAL ALLEGATIONS

7. American Honda is inaccurately reporting its tradeline ("False Tradeline") on an account opened April 2017 with an erroneous status of "30-59 Days Late" on Plaintiff's Trans Union credit disclosure.

8. The information in the False Tradeline is false and would tend to mislead any user of Plaintiff's credit report, as the account reflected by the False Tradeline was paid by Plaintiff.

9. The False Tradeline should be reported by American Honda with a payment status of "Paid and Closed." This type of reporting gives the user of the report a far different and better impression of Plaintiff, her character, and her desire to handle her financial obligations responsibly.

10. On December 10, 2020, Plaintiff obtained her Trans Union credit disclosure and noticed the False Tradeline reporting with an erroneous status.

11. On or about February 26, 2021, Credit Repair Lawyers of America, acting on behalf of Plaintiff, submitted a letter to Trans Union, disputing the False Tradeline. In her dispute letter, Plaintiff explained that she satisfied the debt. She attached a letter from Honda, confirming the same. Plaintiff asked Trans Union to delete the incorrect payment status and replace it with "Paid and Closed."

12. Trans Union forwarded Plaintiff's consumer dispute to America Honda.

3

13. American Honda received Plaintiff's consumer dispute from Trans Union.

14. On May 24, 2021, Plaintiff obtained her Trans Union credit disclosure, which showed that American Honda failed or refused to correct the False Tradeline as "Paid and Closed."

15. The False Tradeline is wrong, and it does not properly reflect Plaintiff's account with American Honda.  The False Tradeline is misleading to any user of her credit report who sees the tradeline or who obtains her credit score that is based on this tradeline.

16. As a direct and proximate cause of Defendants' negligent and/or willful failure to comply with the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, Plaintiff has suffered credit and emotional damages.  Plaintiff has also experienced undue stress, embarrassment, humiliation, and anxiety due to Defendants' failure to correct the errors in her credit file or improve her financial situation by obtaining new or more favorable credit terms as a result of Defendants' violations of the FCRA.

## COUNT I

**NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY AMERICAN HONDA FINANCE CORPORATION**

17.  Plaintiff realleges the above paragraphs as if recited verbatim.

4

18. After being informed by Trans Union of Plaintiff's consumer dispute of the False Tradeline, American Honda negligently failed to conduct a proper investigation of Plaintiff's dispute as required by 15 USC 1681s-2(b).

19. American Honda negligently failed to review all relevant information available to it and provided by Trans Union in conducting its reinvestigation as required by 15 USC 1681s-2(b) and failed to direct Trans Union to delete the incorrect payment status of "30-59 Days Late" and replace it with "Paid and Closed."

20. The False Tradeline is inaccurate and creating a misleading impression on Plaintiff's consumer credit file with Trans Union to which it is reporting such tradeline.

21. As a direct and proximate cause of American Honda's negligent failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

22. American Honda is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

23. Plaintiff has a private right of action to assert claims against American Honda arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this Court grant her a judgment against American Honda for damages, costs, interest, and attorneys' fees.

## COUNT II

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY AMERICAN HONDA FINANCE CORPORATION

24. Plaintiff realleges the above paragraphs as if recited verbatim.

25. After being informed by Trans Union that Plaintiff disputed the accuracy of the information it was providing, American Honda willfully failed to conduct a proper reinvestigation of Plaintiff's dispute, and willfully failed to direct Trans Union to delete the incorrect payment status of "30-59 Days Late" and replace it with "Paid and Closed."

26. American Honda willfully failed to review all relevant information available to it and provided by Trans Union as required by 15 USC 1681s-2(b).

27. As a direct and proximate cause of American Honda's willful failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

28. American Honda is liable to Plaintiff for either statutory damages or actual damages that she has sustained by reason of its violations of the FCRA in an amount to be determined by the trier of fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for

reasonable attorneys' fees and she may recover therefore pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this Court grant her a judgment against American Honda for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

## COUNT III

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

29. Plaintiff realleges the above paragraphs as if recited verbatim.

30. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Plaintiff as that term is defined in 15 USC 1681a.

31. Such reports contained information about Plaintiff that were false, misleading, and inaccurate.

32. Trans Union negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff, in violation of 15 USC 1681e(b).

33. After receiving Plaintiff's consumer dispute to the False Tradeline, Trans Union negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

34. As a direct and proximate cause of Trans Union's negligent failure to perform its duties under the FCRA, Plaintiff has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

35. Trans Union is liable to Plaintiff by reason of its violation of the FCRA in an amount to be determined by the trier of fact together with her reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Trans Union for actual damages, costs, interest, and attorneys' fees.

## COUNT IV

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

36. Plaintiff realleges the above paragraphs as if recited verbatim.

37. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Plaintiff as that term is defined in 15 USC 1681a.

38. Such reports contained information about Plaintiff that were false, misleading, and inaccurate.

39. Trans Union willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Plaintiff, in violation of 15 USC 1681e(b).

40. After receiving Plaintiff's consumer dispute to the False Tradeline, Trans Union willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

41. As a direct and proximate cause of Trans Union's willful failure to perform its duties under the FCRA, Plaintiff has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

42. Trans Union is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with her reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Trans Union for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and reasonable attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: June 23, 2021

By: */s/ Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Elizabeth Ashley Davis a.k.a
Elisabeth A. Davis

9