TRINETTE G. KENT (State Bar No. 222020)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
39111 Six Mile Road, Suite 142
Livonia, MI 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Elizabeth Ashley Davis*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Elizabeth Ashley Davis,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Trans Union, LLC.,<br><br>　　　　Defendant. | Case No.: 8:21-cv-01093-JLS-ADS<br><br>**NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Trans Union, LLC in the above-captioned case have reached a settlement.  Plaintiff anticipates

1

1 | filing a Stipulation of Dismissal with Prejudice as to Trans Union, LLC pursuant to
2 |
3 | Fed. R. Civ. P. 41(a) within 60 days.
4 |          RESPECTFULLY SUBMITTED this 14th day of March, 2022.
5 |
6 |
7 |                                         KENT LAW OFFICES
8 |
9 |                                         By:   /s/   Trinette G. Kent
                                            Trinette G. Kent
10|                                         Attorneys for Plaintiff,
                                            Elizabeth Ashley Davis
11|
12|
13|
14|
15|                        **CERTIFICATE OF SERVICE**
16| I hereby certify that I electronically transmitted the attached document to the Clerk's Office
   using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to
17| the following CM/ECF Registrants, and mailed a copy of same to the following if non-
   registrants on the 14th day of March, 2021.
18|
19| /s/ Trinette G. Kent
   Kent Law Offices
20| 3219 E. Camelback Road, Suite 588
21| Phoenix, AZ 85108