S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
AMERICAN HONDA FINANCE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Ashley Davis a.k.a Elisabeth A. Davis,<br><br>Plaintiff,<br><br>v.<br><br>Trans Union, LLC; and American Honda Finance Corporation,<br><br>Defendants. | **CASE NO.:** 8:21-cv-01093 JLS-ADSx<br><br>**JUDGE:** Judge Josephine L. Staton<br><br>**ORDER GRANTING JOINT STIPULATION FOR CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**<br><br>**ACTION FILED:** June 23, 2021 |

///

///

///

1

**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**

5171758.1 -- N1694.51

The Court, having reviewed the Joint Stipulation for Confidentiality Agreement And Protective Order ("Stipulation") entered into and filed by plaintiff Elizabeth Ashley Davis a.k.a Elisabeth A. Davis ("Plaintiff"), defendant American Honda Finance Corporation ("AHFC"), and defendant Trans Union, LLC ("Trans Union"), and good cause appearing thereto,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved in its entirety and enters the protective order per the Stipulation.

Dated: March 25, 2022

/s/ Autumn D. Spaeth
Honorable Autumn D. Spaeth
United States Magistrate Judge