UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, et al.,<br><br>　　　　Defendants. | Case No.:　　8:21-cv-01093-JLS-ADS<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT TRANS UNION, LLC** |

     The Court, having considered the parties' Stipulation of Dismissal of Trans Union LLC (Doc. 37) and good cause appearing

     IT IS HEREBY ORDERED that the above-captioned action be dismissed, with prejudice, against Trans Union, LLC with each party to bear its own attorneys' fees and costs.

Dated: May 06, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE