# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, et al.,<br><br>　　　　Defendants. | Case No.:   8:21-cv-01093-JLS-ADS<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT AMERICAN HONDA FINANCE CORPORATION (Doc. 40)** |

       The Court, having considered the parties' Stipulation of Dismissal of American Honda Finance Corporation and good cause appearing

       **IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against American Honda Finance Corporation with each party to bear its own attorneys' fees and costs.

Dated: July 21, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE